**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br>*Plaintiffs*,<br>v.<br>DONALD J. TRUMP, et al.,<br>*Defendants*. | Civil Action No. 1:26-cv-03401 |

**PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs respectfully move for a temporary restraining order or, in the alternative, a preliminary injunction, prohibiting Defendants from withholding funds appropriated by Congress for the Department of Housing and Urban Development's Comprehensive Housing Counseling ("CHC") program and requiring Defendants to make those funds available for obligation. Plaintiffs request expedited consideration because the funds' statutory period of availability expires on September 30, 2026.

As explained in the accompanying memorandum, Defendants are withholding CHC funding based on grantees' perceived viewpoints and protected speech and advocacy outside the federally funded program. Plaintiffs are likely to succeed on their claims that this conduct constitutes viewpoint discrimination and retaliation in violation of the First Amendment. Absent immediate relief, Plaintiffs face ongoing constitutional injury and the imminent loss of funding necessary to sustain their housing counseling programs. The balance of equities and public interest favor preserving the funds and preventing unconstitutional discrimination and retaliation.

Plaintiffs respectfully request that the Court:

1. Enjoin Defendants from withholding any portion of the $57.5 million appropriated for the CHC program in the 2025 Continuing Resolution;
2. Require Defendants to obligate that funding to eligible CHC program grantees by September 30, 2026;
3. Enjoin Defendants from denying or conditioning access to those funds based on applicants' protected viewpoints, advocacy, litigation, or other First Amendment activity;
4. Enjoin Defendants from withholding, canceling, rescinding, or allowing those funds to expire based on the September 25, 2026 rescission proposal; and
5. Require Defendants to file a status report by 5:00 p.m. and 10 p.m. Eastern Time on September 30, 2026, describing their compliance with the Court's order, and at such point as they have completed obligating all of the relevant funds.

Given the imminent expiration of the funds, Plaintiffs respectfully request a ruling and required compliance before the funds expire at midnight on September 30, 2026.

Pursuant to Local Civil Rule 65.1, Plaintiffs' Counsel emailed the directors of the Federal Programs Branch of the Department of Justice and the civil head of the U.S. Attorney's Office of the District of Columbia to inform them of the filing of the complaint in this matter and the imminent filing of this motion at 6:16pm on September 30, 2026, attaching an as-filed copy of the complaint. Plaintiffs counsel is following up to provide the as-filed copies of this motion and supporting papers contemporaneously with this filing.

This motion is supported by the accompanying memorandum of law and supporting materials. A proposed order is submitted herewith.

Dated: September 30, 2026

Respectfully submitted,

/s/ Lindsay W. Zimliki
Lindsay W. Zimliki (D.C. Bar No. 475890)
Norman L. Eisen (D.C. Bar No. 435051)
Tianna J. Mays (D.C. Bar No. 21597)
Andrew Warren (D.C. Bar No. 503003)
Taryn Wilgus Null (D.C. Bar No. 985724)
Zsa'Queria Martin (D.C. Bar No. 90043047)

Democracy Defenders Fund
600 Pennsylvania Avenue SE #15180
Washington, DC 20003

lindsay@democracydefenders.org
norman@democracydefenders.org
tianna@democracydefenders.org
andrew@democracydefenders.org
taryn@democracydefenders.org
zsaqueria@democracydefenders.org

/s/ Daniel F. Jacobson
Daniel F. Jacobson (DC Bar No. 1016621)
Lynn D. Eisenberg (DC Bar No. 1017511)
Stephen K. Wirth (D.C. Bar 1034038)
Nina C. Cahill (DC Bar No. 1735989)

Jacobson Lawyers Group PLLC
5100 Wisconsin Ave N.W., Suite 301
Washington, DC 20016

dan@jacobsonlawyersgroup.com
lynn@jacobsonlawyersgroup.com
stephen@jacobsonlawyersgroup.com
nina@jacobsonlawyersgroup.com

/s/ Benjamin B. Klubes
Benjamin B. Klubes (D.C. Bar No. 428852)
Klubes Law Group
1717 K Street NW, Suite 900
Washington, DC 20006
bklubes@klubeslaw.com

*Counsel for Plaintiffs*