UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case 1:26-cv-03401-JMC |

**[PROPOSED] ORDER**

Plaintiffs' Motion is DENIED.

| | |
|---|---|
| ________________________<br>Date | ________________________<br>JIA M. COBB<br>United States District Judge |