**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL URBAN LEAGUE<br>117 W 125th Street, 3rd Floor<br>New York, NY 10027,<br><br>*et al.*<br><br>*Plaintiffs*<br><br>v.<br><br>DONALD J. TRUMP,<br>*in his official capacity as*<br>*President of the United States*,<br>1600 Pennsylvania Ave NW<br>Washington, DC 20500,<br><br>*et al.*<br><br>*Defendants*. | Civil Action No. 26-CV-03401-JMC<br><br>**MOTION FOR LEAVE TO FILE BRIEF AMICUS CURIAE** |

**MOTION FOR LEAVE TO FILE BRIEF AMICUS CURIAE**

UnidosUS respectfully moves for leave to file the accompanying brief as amicus curiae in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction. A proposed order is attached. UnidosUS is the nation's largest Latino civil rights and advocacy organization and has been a HUD-approved national housing counseling intermediary since 1997. Its network of 45 housing counseling agencies served more than 40,000 households in its most recent fiscal year. The White House statement explaining the challenged rescission named UnidosUS as its lead example of the organizations that supposedly justified cancelling the housing counseling appropriation.

This brief is desirable because it provides facts and perspectives not presented by the parties, including facts concerning UnidosUS's role as a HUD-approved intermediary, its experience administering housing-counseling grants, and the significance of the Administration's decision to identify UnidosUS as an example of organizations purportedly justifying the rescission despite the fact that UnidosUS does not hold an award under the challenged appropriation.

UnidosUS is not a party. Plaintiffs can describe their own awards and injuries, but UnidosUS is uniquely positioned to provide the Court with information concerning its own history as a HUD-approved intermediary, its compliance record, and the significance of its inclusion in the rescission announcement despite holding no award under the challenged appropriation. The brief is 12 pages long and its consideration will not delay the Court's ability to rule.

Counsel for UnidosUS conferred with counsel for the parties on September 30, 2026 and again on October 13, 2026. Plaintiffs do not oppose the filing of this brief. Defendants do not oppose the filing of this brief. For the foregoing reasons, UnidosUS respectfully requests that the Court grant leave to file the accompanying brief.

Respectfully,

_______/s/___________

Fernando Laguarda
D.C. Bar No. 449273
Admitted Pro Hac Vice
1126 16th Street NW, Suite 600,
Washington, DC 20036
(202) 349-7800
flaguarda@unidosus.org
*Counsel for Amicus Curiae UnidosUS*

October 13, 2026

CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2026, I electronically filed the foregoing Motion for Leave to File Amicus Brief and Amicus Brief with the Clerk of Court using the Court's CM/ECF system, which will send notice of such filing to all counsel of record registered to receive CM/ECF notifications.

/s/ Fernando R. Laguarda
Fernando R. Laguarda