UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case 1:26-cv-03401-JMC |

**DEFENDANTS' NOTICE REGARDING NOVEMBER 24, 2026, HEARING**

Defendants, various officers and agencies of the United States Government, through undersigned counsel, respectfully file this notice regarding the October 29, 2026, Minute Order scheduling a hearing on November 24, 2026.

On September 25, 2026, the President sent a special message to Congress proposing the rescission of roughly $56 million in funds from the Department of Housing and Urban Development's Comprehensive Housing Counseling program. ECF 17-1 at 11; 17-2 at 11; *see also* https://www.federalregister.gov/d/2026-19965. Under the procedures in the Impoundment Control Act, that proposal gave Congress 45 days to consider rescinding all or a portion of the appropriated funds. *See* 2 U.S.C. § 683(b). While such a proposal is pending, agencies do not spend the funds that the President has asked Congress to rescind. If, however, Congress has not "completed action on a rescission bill rescinding all or part of the amount proposed to be rescinded" within "the prescribed 45-day period," then the funds "shall be made available for obligation." *Id.*

The funds at issue in this case were set to expire on September 30, 2026. That same day, the Court issued an Order purporting to suspend the deadline to obligate or award appropriated funds "to preserve the status quo and maintain the Court's jurisdiction pending resolution of

Plaintiffs' request for preliminary relief." Order at 5, ECF 15. The parties completed briefing on Plaintiffs' motion for preliminary relief on October 19, 2026. On October 29, 2026, this Court set a hearing to discuss Plaintiffs' motion for November 24, 2026, which falls after the 45-day period for Congress to consider the President's proposed rescission. Min. Order (Nov. 24, 2026).

Defendants have no objection to the setting of the hearing for November 24, 2026, to accommodate scheduling and time constraints. However, it would be improper to treat this scheduling choice as having some effect on Plaintiffs' or Defendants' substantive rights. Defendants do not understand this Court's September 30, 2026, Order to make available to Plaintiffs new arguments about expending the funds that were not previously available. Rather, Defendants wish to clarify that they understand the Court's September 30, 2026, Order suspending the appropriations deadline and October 29, 2026, Minute Order scheduling a hearing as simply preserving the status quo to assess the arguments as of the time Plaintiffs moved for preliminary relief. Defendants preserve all objections.

* * *

Date: November 9, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Sam Escher*
SAM ESCHER, Bar No. 1655538
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(771) 217-8101
sam.w.escher@usdoj.gov

*Attorneys for Defendants*